*JD*

*22*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:17-cr-00184-JD-1 |
| | : | |
| Plaintiff(s), | : | Philadelphia, Pennsylvania |
| | : | October 17, 2017 |
| v. | : | 2:19 p.m. |
| | : | |
| YOUNIES BAYOUMY, | : | |
| | : | |
| Defendant(s). | : | |

. . . . . . . . . . . . . . .

### TRANSCRIPT OF TRIAL STATUS HEARING
### BEFORE THE HONORABLE JAN E. DUBOIS
### UNITED STATES DISTRICT COURT JUDGE

**FILED**

**OCT 27 2017**

KATE BARKMAN, Clerk
By_____KV_____Dep. Clerk

APPEARANCES:

| | |
|---|---|
| For the Plaintiff(s): | Alan J. Borowsky, Esquire<br>DE CTY Office of the DA<br>201 West Front Street<br>Media, PA 19063 |
| For the Defendant(s): | Kathleen M. Gaughan, Esquire<br>Federal Defenders Office<br>601 Walnut Street<br>Suite 540<br>Philadelphia, PA 19106 |
| Court Recorder: | Michael Cosgrove<br>Clerk's Office<br>U.S. District Court |
| Transcription Service: | Zanaras Reporting & Video<br>1845 Walnut Street<br>Suite 938<br>Philadelphia, PA 19103<br>(215) 790-7857 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

*DH.*

1       (Call to Order of the Court.)

2               THE COURT:  Good afternoon, everyone.  Please be

3       seated.

4               ALL:  Good afternoon, Your Honor.

5               THE COURT:  I call the case of the United States of

6       America versus Younies Bayoumy, Criminal Number 17-184.  The

7       case was scheduled for trial to begin on June 26th, 2017, and

8       it was continued by Judge Davis until further order of the

9       court.  That order was entered in May and no trial date has

10      been set.  The case was recently transferred to my calendar,

11      and I think the first of order of business is to set a trial

12      date, but I'll hear first from the Government and then from

13      the Defense.

14              MR. BOROWSKY:  Good afternoon, Your Honor.  Alan

15      Borowsky on behalf of the Government.  Your Honor, I'll defer

16      to the Defense to place whatever they might need to on the

17      record for the purposes of scheduling.  I'll be available to

18      try the case --

19              THE COURT:  Well, first answer the question, is the

20      next thing that has to be done, the only thing that has to be

21      done, scheduling the trial date?

22              MR. BOROWSKY:  I believe so, Your Honor.  As far as

23      I know, there are no outstanding discovery issues.  I think

24      that the Defense and the Government might still have a few

25      things to talk about with regard to plea negotiations, but I

1    think at this point, we're prepared to go forward with

2    motions and then ultimately a trial date.

3              THE COURT:  Fine.

4              MS. GAUGHAN:  Thank you, Your Honor.  Your Honor, I

5    was assigned this matter in late August.  Mr. Patchen from my

6    office originally was representing Mr. Bayoumy, so I think

7    that the Government's assessment is accurate.  I think that

8    we do still have some discussions, but that I think that, at

9    this time, the best course of action would be to schedule a

10   trial date.  And if those discussions become fruitful, we

11   would certainly come before the Court on an earlier date, but

12   I agree, at this point, we should get a date for trial.  And

13   there are no outstanding discovery issues either, that's

14   accurate as well.

15             THE COURT:  Okay.  Does the Defense contemplate

16   filing any additional -- well, I guess there was one pretrial

17   motion filed, the first Motion for a Continuance.  Does the

18   Defense anticipate filing any other pretrial motions?

19             MS. GAUGHAN:  Your Honor, at this time, possibly,

20   but I don't believe so.  In an abundance of caution, Judge, I

21   would just ask you give a date for motions so we would have

22   that as well.

23             THE COURT:  All right.  Tell me when.

24             MS. GAUGHAN:  I am starting a trial on Thursday and

25   I have a case that goes to trial in November.  If we could

 1   give it a mid November date or late November date for motions

 2   if the Court has any availability or into December,

 3   whatever's more convenient.

 4            THE COURT:  We're talking about the motion date --

 5            MS. GAUGHAN:  Yes.

 6            THE COURT:  -- so it's the date by which you can

 7   file additional motions.

 8            MS. GAUGHAN:  Right.

 9            THE COURT:  I think one month, November 17th should

10   be sufficient, but you tell me.

11            MS. GAUGHAN:  Judge, I'm starting a case on the

12   20th.  I would just ask -- and it's not a long case, it's

13   probably about four days, if we could just go beyond that.

14   If we could go the later part of that week, like, at the end

15   of November, November 30th.

16            THE COURT:  All right.  The Government response.

17            MR. BOROWSKY:  I'm agreeable to that date, Your

18   Honor.

19            THE COURT:  Pardon me?

20            MR. BOROWSKY:  That should be fine, Your Honor, I'm

21   agreeable, November 30th.

22            THE COURT:  It's -- well, November 30th is the date

23   the Defense is going to file the motion.  You've got to file

24   a response, we'll give you a week.

25            MR. BOROWSKY:  Okay.

1          THE COURT:  And that will take us to December 7th.

2    Do you anticipate this motion will require a hearing?

3          MS. GAUGHAN:  Possibly.

4       (Pause in proceedings.)

5          THE COURT:  December 15th, that's a Friday, at 2

6    p.m., a hearing on any motions requiring a hearing.

7       (Pause in proceedings.)

8          THE COURT:  Do it at 10 o'clock.

9          MS. GAUGHAN:  10 a.m., Your Honor?

10          THE COURT:  Yes.  Friday, December 15th, 10 a.m.

11   That's a hearing on any motion requiring a hearing.  I want a

12   status report on trial November 23rd.  I know you'll -- you

13   may or may not be on trial.  This is a very short letter that

14   tells me case on trial -- case going to trial or case not

15   going to trial.

16          MS. GAUGHAN:  Understood.

17          THE COURT:  It's not designed to require a decision

18   by that date, just to tell me the status of the trial as of

19   that date.

20          MS. GAUGHAN:  Okay.

21          THE COURT:  If you haven't -- if the Defendant

22   hasn't decided, then just say that.

23          MS. GAUGHAN:  Okay.

24          THE COURT:  All right.  Now we have to pick a trial

25   date.

1      (Pause in proceedings.)

2           THE COURT:  I think the first available date I have

3      is January 8th.  What is your schedule?

4           MS. GAUGHAN:  Judge, I'm starting a trial before you

5      on January 16th, the Thomas Bradley matter.

6           THE COURT:  Yes.

7           MS. GAUGHAN:  Will -- I mean, I know I have to send

8      a letter, but I'm pretty confident that that will be a trial.

9      Is it possible to go the next available date after that trial

10     date?

11          THE COURT:  Yes.

12          MS. GAUGHAN:  Thank you.

13          THE COURT:  My notes tell me that Bradley will take

14     four days or so to try.

15          MS. GAUGHAN:  That's accurate.

16          THE COURT:  That will be the whole week.

17          MS. GAUGHAN:  Right.

18     (Pause in proceedings.)

19          THE COURT:  February 12th.

20          MS. GAUGHAN:  That's fine.

21          MR. BOROWSKY:  That's fine with me, Your Honor.

22          THE COURT:  Good.  2/12/18, 10 a.m., this courtroom.

23     You're both attached for trial.  Trial length about, what,

24     four days?

25          MS. GAUGHAN:  I think so, Your Honor, yes.

1              THE COURT: Trial documents, proposed voir dire

2    questions, proposed points for charge, proposed verdict

3    sheet, trial memoranda. We'll want them -- let me take a --

4    January 22nd. That's the date you start. Let me look. When

5    is Bradley starting?

6              MS. GAUGHAN: That's the 16th, Judge.

7              THE COURT: Okay.

8              MS. GAUGHAN: That's fine. The 22nd's fine.

9              THE COURT: All right. January 22nd. If you need a

10   few days longer, you'll let us know.

11             MS. GAUGHAN: I think that should be fine, Judge,

12   thank you though.

13             THE COURT: All right. This isn't really a

14   continuance motion, it's a -- we've scheduled a status

15   conference. What we've done, we've set the case for trial

16   and the schedule will be reflected in a trial order. I don't

17   think there's any need to colloquy the Defendant. Well, I'm

18   going to change my -- what I just said. I am going to

19   question the Defendant about what we've just done. He can

20   remain seated.

21        This case was assigned to another judge, Judge Legrome

22   Davis, and while it was on his calendar, it was listed for

23   trial to begin on June 26th, 2017. Do you recall that?

24             MR. BAYOUMY: Yes, Your Honor.

25             THE COURT: Your attorney filed a Motion for Trial

1    Continuance and that was granted.  Are you aware of that?

2              MR. BAYOUMY:  Yes.

3              THE COURT:  You have a right to go to trial within

4    70 days of your first appearance in court and that's subject

5    to a number of exceptions.  Do you understand that?

6              MR. BAYOUMY:  Yes, I do.

7              THE COURT:  Judge Davis did not assign the case to

8    trial.  What he said in his order was the trial is continued.

9    Let me get his order.  A new trial date is to be set in the

10   future and that's what we're doing now.  Do you understand

11   that?

12             MR. BAYOUMY:  Correct.

13             THE COURT:  Because of conflicts of counsel and the

14   Court's calendar, the first available trial date is February

15   12th, 2018.  Do you understand that?

16             MR. BAYOUMY:  Yes.

17             THE COURT:  Do you agree to waive your Speedy Trial

18   Act rights to the extent of any delay in bringing the case to

19   trial before February 12th, 2018?

20             MR. BAYOUMY:  Yes, Your Honor.

21             THE COURT:  Do you agree that that delay may be

22   excluded in calculating the time within which the case must

23   be brought to trial under the Speedy Trial Act?

24             MS. GAUGHAN:  May I have just a minute?

25             THE COURT:  Yes.

1      (Counsel and Defendant confer.)

2           MS. GAUGHAN:  Thank you, Your Honor, I've had a

3      chance to clarify.

4           MR. BAYOUMY:  Yes, I accept these terms, Your Honor.

5           THE COURT:  Fine.  Do you have any questions about

6      that?

7           MR. BAYOUMY:  No, Your Honor.

8           THE COURT:  The idea behind what we did is to allow

9      your attorney sufficient time to look at the possibly of --

10     well, filing additional motions, such as a Motion to

11     Suppress, continuing discussions with the Government about a

12     non-trial disposition, reviewing the discovery with you and

13     if the case doesn't result in a guilty plea, preparing the

14     case for trial all designed to give her enough time to do

15     that.  Do you understand that?

16          MR. BAYOUMY:  Yes, I do, Your Honor.

17          THE COURT:  All right.  On that note, I'll end the

18     proceedings.  As I've said, we're continued to February 12th,

19     2018.  Specially listed for trial that date.  You're both

20     attached.

21          MS. GAUGHAN:  Thank you, Your Honor.

22          MR. BOROWSKY:  Thank you, Your Honor.

23          THE COURT:  Have a good --

24          THE CLERK:  All rise.

25          THE COURT:  Court's adjourned.  Have a good day.

1    (Court adjourned at 2:36 p.m.)

2                 CERTIFICATE

3    I certify that the foregoing is a correct transcript from the

4  electronic sound recording of the proceedings in the above-entitled

5  matter.

6

7   /s/April J. Foga                October 25, 2017

8  April J. Foga, CET, CCR, CRCR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25